DALE A. BLICKENSTAFF - #40681
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant, ARMANDO NUNEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO NUNEZ,<br><br>Defendant. | Case No. 1:10-cr-00211 OWW<br><br>DECLARATION OF ARMANDO NUNEZ RE: ACKNOWLEDGMENT OF RECEIPT OF THIRD AMENDED PROTECTIVE ORDER (DOC. 271) and AGREEMENT TO ABIDE BY THE TERMS THEREOF |

I, ARMANDO NUNEZ, declare as follows:

1. I am a defendant in the above-entitled matter.

2. Pursuant to the provisions of the Third Amended Order Granting Government's Request For Protective Order, filed June 6, 2011 as Document 271 (hereafter "Protective Order"), I hereby acknowledge that I have received and read a copy of the Protective Order. I understand the terms, conditions and provisions of the Protective Order and agree to abide by the terms, conditions and provisions thereof.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 16, 2012 at Fresno, California.

*Armando Nunez*
ARMANDO NUNEZ

DECLARATION OF ARMANDO NUNEZ RE ACKNOWLEDGMENT OF RECEIPT OF THIRD AMENDED PROTECTIVE ORDER (DOC 271) and AGREEMENT TO ABIDE BY THE TERMS THEREOF
case No. 1:10-cr-00211 OWW
Page 1